IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| KENNETH ELLIOTT, SUSAN YOUNG, and GLORIA BALALA SAITO, Individually and On Behalf of All Others Similarly Situated, | CAFN:  4:22-cv-00091-MLB |
| Plaintiffs, | |
| v. | |
| WARRANTECH CONSUMER PRODUCT SERVICES, INC. and TAG WARRANTY CORPORATION f/k/a AMT WARRANTY CORPORATION | |
| Defendants. | |

## FIRST AMENDED CLASS ACTION COMPLAINT

COME NOW, Plaintiffs Kenneth Elliott, Susan Young and Gloria Balala Saito individually and on behalf of all others similarly situated, through their undersigned counsel, and file this Class Action Complaint against Defendants, Warrantech Consumer Product Services, Inc. and TAG Warranty Corp. f/k/a AMT Warranty Corp, based upon personal knowledge as to themselves and their own acts and experiences, and, as to all other matters, upon information and belief, including the investigation conducted by their counsel as follows:

-1-

78. Plaintiffs' Complaint is amended pursuant to Rule 15(a)(1) to add Gloria Balala Saito as a named Plaintiff and adding the following allegations.

79. Plaintiff Gloria Balala Saito ("Plaintiff Saito"), is a natural person domiciled in Temple City (Los Angeles County), California. Plaintiff is a member of the putative class defined herein.

## FACTS RELATING TO PLAINTIFF SAITO

80. Plaintiff Saito purchased an LG washing machine from Best Buy on February 9, 2015.

81. At the time of purchase, Plaintiff Saito purchased an ESP from Best Buy.

82. Nearing the end of the initial ESP, Plaintiff Saito received information from Warrantech that indicated Warrantech was servicing the ESP and giving Plaintiff Saito the option of extending the ESP for an additional cost.

83. Plaintiff Saito paid additional funds to Warrantech from 2017 through the present to extend the ESP.

84. Specifically, on or about March 16, 2020 Plaintiff Saito paid Warrantech $254.99 for an ESP through February 17, 2022.

85. Plaintiff Saito's ESP with Warrantech has a "no lemon guarantee".

85. Beginning in October, 2021 the LG washing machine began having issues.

86. During the month of October, 2021, VNT services, the technician assigned

by Warrantech attempted an unsuccesful repair on the LG washing machine.

87. On or about February 7, 2022, Plainitff Saito paid additional funds to Warrantech to extend the ESP.

88. On that same day, Plaintiff Saito made a second claim with Warrantech.

89. Appliance Service Center ("ACS"), the technician assigned by Warrantech attempted a second unsuccessful repair on the LG washing machine on or about February 18, 2022.

90. ACS, on behalf of Warrantech attempted a third unsuccessful repair on the LG washing machine on or about March 3, 2022.

91. ACS, on behalf of Warrantech attempted a fourth unsuccessful repair on the LG washing machine on or about March 23, 2022.

92. On or about April 25, 2022, Warrantech assigned a new repair company, Total Appliance Repair ("TAR").

93. TAR, on behalf of Warrantech attempted a fifth unsuccessful repair on the LG washing machine on or about April 27, 2022.

94. Defendants breached the "no lemon guarantee" of the contract, by failing and refusing to replace the LG washing machine after more than three (3) service calls or repair attempts within a twelve (12) month period.

## ADDITIONAL CLASS ACTION ALLEGATIONS

95. California *Subclass*. In the alternative, Plaintiff Saito brings this action individually and on behalf of a sub-class of California consumers only who are members of the above-defined class.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, individually and on behalf of members of the Class, pray for judgment in their favor and against Defendants and for the following relief:

- A. Finding that this action satisfies the prerequisites for maintenance as a class action set forth in Fed. R. Civ. P. 23, certifying the Class defined herein and designating Plaintiffs as representatives of the Class and their undersigned counsel as Class counsel;
- B. Awarding Plaintiffs and the Class (1) their actual damages, and (2) such exemplary damages as the Court may allow;
- C. Awarding Plaintiffs and the Class equitable relief including, *inter alia*, a finding that the contracts they entered into are void and unenforceable and disgorgement of Defendants' ill-gotten gains;
- D. Granting appropriate injunctive and declaratory relief; and
- E. Awarding such other and further available relief and any other relief the Court deems just and appropriate.

## **JURY DEMAND**

Plaintiffs hereby demand a trial by jury on all issues so triable.

Respectfully submitted this 2nd day of May, 2022.

/S/ Joseph W. Weeks
Joseph W. Weeks
Georgia Bar No. 912341
Attorney for Plaintiffs

McNALLY WEEKS
125 Clairemont Avenue, Suite 450
Decatur, GA 30030-2560
Ph: 404-373-3131
Fax: 404-373-7286

/S/ Andrew R. Lynch
Andrew R. Lynch
Georgia Bar No. 120333
Attorney for Plaintiffs

ANDREW R. LYNCH, P.C.
125 Clairemont Avenue, Suite 470
Decatur, GA 30030-2560
Ph: 404-373-7735
Fax: 404-377-0106

-5-

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| KENNETH ELLIOTT, SUSAN YOUNG, and GLORIA BALALA SAITO a/k/a Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiffs,<br><br>v.<br><br>WARRANTECH CONSUMER PRODUCT SERVICES, INC. and TAG WARRANTY CORPORATION f/k/a AMT WARRANTY CORPORATION<br><br>        Defendants. | CAFN:  4:22-cv-00091-MLB |

## **CERTIFICATE OF SERVICE PURSUANT TO RULE 5(b)(2)(C)**

This is to certify that I have this day served the FIRST AMENDED CLASS ACTION COMPLAINT upon all parties of record via U.S.P.S. First Class Mail, with proper postage affixed, and addressed to the following:

Warrantech Consumer Product Services, Inc
c/o Corporation Service Company
2 SUN COURT
SUITE 400
PEACHTREE CORNERS, GA 30092

TAG Warranty Corp. f/k/a AMT Warranty Corp.
c/o Corporation Service Company
2 SUN COURT
SUITE 400
PEACHTREE CORNERS, GA 30092

This is to further certify that the foregoing complies with the font and point selections approved by the Court in Local Rule 5.1. It is prepared in Times New Roman 14 point font.

    Respectfully submitted this the 2nd day of May, 2022.

                                          /S/ Joseph W. Weeks
                                          Joseph W. Weeks
                                          Georgia Bar No. 912341
                                          Attorney for Plaintiffs

McNALLY WEEKS
125 Clairemont Avenue, Suite 450
Decatur, GA 30030-2560
Ph: 404-373-3131
Fax: 404-373-7286