IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| KENNETH ELLIOTT, SUSAN YOUNG, and GLORIA BALALA SAITO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARRANTECH CONSUMER PRODUCT SERVICES, INC. and TAG WARRANTY CORPORATION, f/k/a AMT WARRANTY CORPORATION,<br><br>Defendants. | CAFN: 4:22-CV-00091-MLB |

## PARTIES' STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, the Parties in the above-styled action, and file this their Stipulation of Voluntary DISMISSAL WITH PREJUDICE pursuant to Rule 41(a)(1)(ii), Fed. R. Civ. P., as to all claims by and between all Plaintiffs and all Defendants in this matter. The Parties have agreed that each party will bear its own attorney's fees, expenses, and costs.

WHEREFORE, the Parties respectfully request that the Court dismiss the current action, with prejudice.

This 5th day of November, 2024.

/S/Joseph W. Weeks
Joseph W. Weeks
Georgia Bar No. 912341
MCNALLY WEEKS
125 Clairmont Avenue, Suite 450
Decatur, GA 30030
Telephone: (404) 373-3131
Facsimile: (404) 373-7286
E-mail: jweeks@mcnallyweeks.com
*Attorney for Plaintiffs*

/S/Alycen A. Moss, with express permission by Joseph W. Weeks
Alycen A. Moss
Georgia Bar No. 002598
Luciana Aquino
Georgia Bar No. 114433
COZEN O'CONNOR
The Promenade, Suite 400
1230 Peachtree Street, N.E.
Atlanta, GA 30309
Telephone: (404) 572-2052
Facsimile: (877) 728-1396
E-mail: amoss@cozen.com
laquino@cozen.com
*Attorneys for Defendants*

/S/Andrew R. Lynch
Andrew R. Lynch
Georgia Bar No. 120333
ANDREW R. LYNCH, P.C.
125 Clairmont Avenue, Suite 470
Decatur, GA 30030-2560
E-mail: andrew@attorneyandrew.com
*Attorney for Plaintiffs*

CERTIFICATION: The above-signed counsels hereby certify that this document was prepared in Times New Roman 14-point font and a 1.5-inch top margin in accordance with LR 5.1C and 7.1D of the Northern District of Georgia.

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| KENNETH ELLIOTT, SUSAN YOUNG, and GLORIA BALALA SAITO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WARRANTECH CONSUMER PRODUCT SERVICES, INC. and TAG WARRANTY CORPORATION, f/k/a AMT WARRANTY CORPORATION,<br><br>Defendants. | CAFN: 4:22-CV-00091-MLB |

## CERTIFICATE OF SERVICE

This is to certify that I have this date served upon the following parties in the foregoing matter a copy of the PARTIES' STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE via filing with the Court's CM/ECF electronic filing system which will automatically email electronic notification to all registered users, as follows:

   Alycen A. Moss
   Luciana Aquino
   Georgia Bar No. 114433
   COZEN O'CONNOR
   1230 Peachtree Street, N.E.. Suite 400
   Atlanta, GA  30309

amoss@cozen.com
laquino@cozen.com

This 5th day of November, 2024.

/S/Joseph W. Weeks
Joseph W. Weeks
Georgia Bar No. 912341
Attorney for Plaintiffs

McNALLY WEEKS
125 Clairemont Ave.
Suite 450
Decatur, GA 30030
404-373-3131 (phone)
404-373-7286 (fax)